SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VITO DeCARLO, JR.,

                Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF LOTTERY,

                Defendant.
------------------------------------------------------------X

**CIVIL JUDGMENT**

08 Civ. 0349 (KMW)

By order dated January 15, 2008, Plaintiff was directed to submit an amended complaint within sixty (60) days of the date of that order. Plaintiff, however, has failed to submit an amended complaint, as specified by the abovementioned order, within the time allowed. Therefore, it is,

ORDERED, ADJUDGED AND DECREED: That this action is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order or judgment would not be taken in good faith.

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
Dated: APR X 2 2008                        Chief Judge
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.